UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAROUN FAWAZ, et al.,

      Plaintiff,                          Case No.  05-73135

v.                                     District Judge Patrick J. Duggan
                                        Magistrate Judge R. Steven Whalen

BUSINESS LOAN EXPRESS, LLC.,
et al.,
_____/

**ORDER GRANTING MOTION TO COMPEL DISCOVERY**

For the reasons and under the terms stated on the record on April 25, 2006, Defendants's Motion to Compel Answers to Interrogatories and Requests for Production of Documents [Docket #16] is GRANTED.

It is further ordered, pursuant to Fed.R.Civ.P. 37, that Plaintiffs are assessed costs in the amount of $200.00.

SO ORDERED.

                                                    S/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated:  May 1, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 1, 2006.

S/Gina Wilson
Judicial Assistant